UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| Terry Nelson and Gary Larson, as Trustees of the Painters and Allied Trades District Council No. 82 Health Care Fund, the Minneapolis Painting Industry Pension Fund and the Painters and Allied Trades District Council No. 82 Vacation Fund, Terry Nelson and Gary Larson as Trustees of the Minneapolis Painting Industry Vacation and Holiday Fund; Terry Nelson and Robert Swanson, as Trustees of the Minnesota Finishing Trades Training Fund, and each of their successors, et al,<br><br>Terry Nelson and John Nakasone, as Trustees of the St. Paul Painting Industry Pension Fund, and St. Paul Painting Industry Vacation Fund; and each of their successors;<br><br>   Plaintiffs,<br><br>v.<br><br>Stoic Drywall, LLC and Chad Nelson Individually,<br><br>   Defendants, | Case No: 09-CV-01529 (PAM/JSM)<br><br>**ORDER FOR DISMISSAL** |

This matter is hereby dismissed without prejudice and without costs to either party.

IT IS SO ORDERED:

Dated: <u>January  27 </u>, 2010   BY THE COURT:

               <u>s/Paul A. Magnuson    </u>
               The Honorable Paul A. Magnuson
               United States District Court Judge